IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

AMY BILLINGSLEY,                          )
                                          )
                    Plaintiff,            )
                                          )
v.                                        )     CASE NO. 3:21-cv-612-JTA
                                          )
ASPEN DENTAL MANAGEMENT, INC.,            )
                                          )
                    Defendant.            )

## FINAL JUDGMENT

Pursuant to the representation made by the plaintiff in open court on today and the

Joint Stipulation of Dismissal with Prejudice (Doc. No. 26) filed by the parties, which

comports with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is the ORDER,

JUDGMENT, and DECREE of the Court that:

1. This action is hereby DISMISSED with prejudice.

2. The costs of this action should be taxed as paid.

3. All pending motions are denied as moot.

4. This case is closed.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as

a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 7th day of June, 2022.

_____

JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE